# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BWP MEDIA USA INC.,**

    **Plaintiff,**

**v.**             Case No:   6:14-cv-337-Orl-31KRS

**ALL ACCESS FANS, INC. and ALL ACCESS MEDIA, LLC,**

    **Defendants.**

## ORDER

This cause comes before the Court on Plaintiff's Complaint (Doc. No. 1), filed February 28, 2014.

On March 25, 2015, the United States Magistrate Judge issued a report (Doc. No. 29) recommending that the complaint be dismissed for failure to timely effect proper service of process.   No objections have been filed.   Therefore, it is **ORDERED** as follows:

    1.   The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.   The complaint is **DISMISSED** without prejudice and all pending motions are **DENIED** as moot.

    3.   The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 27, 2015.

                                           GREGORY A. PRESNELL
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party